**Marie A. Tollar, Administratrix, Plaintiff in Error, v. Bohemian Building and Loan Association, Defendant in Error.**

**Gen. No. 18,781. (Not to be reported in full.)**

Error to the Circuit Court of Cook county; the Hon. ADELOR J. PETIT, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed June 24, 1914.

### Statement of the Case.

Bill by Marie A. Tollar, administratrix *de bonis non,* with the will annexed, of the estate of August Brejcha, deceased, against Bohemian Building and Loan Association for an accounting of moneys alleged to be

due the deceased from the defendant Association, of which the deceased had been a member, and its treasurer. The bill also prayed for a discovery. Defendant answered denying that it owed the deceased Brejcha anything and averring that there had been an accounting by agreement and the account paid. A general replication was filed to the answer without amending or asking leave to amend the bill. From a decree dismissing the bill for want of equity and adjudging that complainant pay the cost in due course of administration, complainant appeals.

JAMES E. WHITE and F. H. NOVAK for plaintiff in error.

KRAUS, ALSCHULER & HOLDEN, for defendant in error.

MR. JUSTICE DUNCAN delivered the opinion of the court.

## Abstract of the Decision.

1. ACCOUNT, § 12*—*when settlement of account bars relief on bill for accounting.* An account stated and paid is a bar to any relief whatever on a bill for a general accounting in which no particular errors are assigned in the account stated.

2. ACCOUNT STATED, § 18*—*sufficiency of bill to impeach.* While an account stated and settled may be impeached for fraud or mistake in a court of equity, it can only be done upon a bill distinctly and clearly setting forth the specific errors with distinct averments as to the time when the fraud, mistake, concealment or misrepresentation that caused such omissions was discovered and what the discovery is, so that the court may clearly see whether by the exercise of ordinary diligence the discovery might not have been earlier made.

3. APPEAL AND ERROR, § 245*—*when denial of leave to file amended bill not reviewable.* Action of court in denying complainant leave to file an amended bill after all the evidence was heard by the court, *held* not reviewable where the record does not show

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

any motion or any attempt whatever to amend the bill outside of the certificate of evidence signed by the judge.

4. APPEAL AND ERROR, § 1467*—*when permitting incompetent testimony not reversible error.* Error in permitting an incompetent witness to testify against an administratrix, *held* not reversible error where other undisputed testimony supports the decree and the testimony of the witness was merely cumulative.